JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| REGINE INGRAM and EUGENE INGRAM,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; PLAZA PACOIMA LLC; PRIMESTOR DEVELOPMENT, INC.; PACOIMA PLAZA, LLC; PACOIMA PLAZA SHOPPING CENTER LLC; and DOES 5 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: **2:20−cv−02327 AB (Ex)**<br><br>*[Assigned to the Hon. Andre Birotte Jr.]*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND TO THE LOS ANGELES COUNTY SUPERIOR COURT** |

1   Before the Court is Plaintiffs REGINE INGRAM and EUGENE INGRAM
2   ("Plaintiffs") Motion for Remand ("Motion," Dkt. No. 24). Defendant Costco Wholesale
3   Corporation filed a Notice of Non-Opposition. (Dkt. No. 28.) The Court will resolve the
4   Motion without oral argument and **VACATES** the hearing set for December 18, 2020.
5   *See* Fed. R. Civ. P. 78, Local Rule 7-15.
6   Having considered the papers and good cause appearing, **IT IS HEREBY**
7   **ORDERED THAT:**
8   1.   Plaintiffs' Motion for Remand is **GRANTED**.
9   2.   The above-captioned case is hereby remanded to the Superior Court of the
10       State of California, in and for the County of Los Angeles, located at 312
11       North Spring Street, Los Angeles, CA 90012.

13  IT IS SO ORDERED.

15  DATED: December 08, 2020                  _____
16                                            Hon. Andre Birotte Jr.
                                              Judge of the Central District Court

1